IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN EDWARD STAPLETON II :   CIVIL ACTION
             :
  v.         :
             :
TRANSUNION LLC     :    NO. 25-5944
             :

## ORDER

**AND NOW**, this 3rd day of June, 2026, upon consideration of Defendant's "Motion to Dismiss Plaintiff's Amended Complaint" (Docket No. 11), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1.  The Motion to Dismiss is **GRANTED**.

2.  Plaintiff's First Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. Plaintiff may file a second amended complaint addressing the deficiencies in the First Amended Complaint no later than June 24, 2026.

3.  Plaintiff's "Motion for Ruling on Defendant's Motion to Dismiss" (Docket No. 14) is **DISMISSED AS MOOT**.

BY THE COURT:

  /s/ John R. Padova, J.
  John R. Padova, J.